IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN (CLEVELAND) DIVISION
CASE NO.: 1:07-cv-00717-SO

DISABLED PATRIOTS OF AMERICA, INC.,
a Florida Not-For-Profit Corporation, and
DEREK MORTLAND, Individually ,

        Plaintiffs,
v.

MRN-NEWGAR HOTEL, LTD.,
an Ohio Limited Liability Company,

        Defendant.
_____/

### FINAL ORDER APPROVING AND ENTERING CONSENT DECREE AND DISMISSING CASE

THIS CAUSE came before the Court on the Stipulation For Approval and Entry of a Consent Decree and Dismissal of the Case, and the Court having reviewed the pleadings and papers filed in this cause, and the Stipulation for Approval and Entry of Consent Decree and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1. The Consent Decree, in the form annexed hereto, is APPROVED and ENTERED, with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree;

2. The above-styled cause be and the same is hereby DISMISSED with prejudice;

3. To the extent not otherwise disposed of herein, all pending motions are hereby DENIED or moot and the case is closed.

DONE AND ORDERED in Chambers at  801 W. Superior Avenue , this  24th  day of  March , 2008.

        /s/SOLOMON OLIVER, JR.
        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record